## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MICHAEL HASTINGS
ADC #110772                                                                                                  PLAINTIFF

v.                      CASE NO. 2:12CV00200 BSM

BOBBY MAY, Sheriff, St.
Francis County et al.                                                         DEFENDANTS

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and the objections filed by plaintiff have been reviewed. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant May is dismissed for plaintiff's failure to state a claim on which relief may be granted.

2. The allegation of failure to protect on November 14, 2009, against defendant Smith is dismissed.

3. Monetary claims against defendants in their official capacities are dismissed.

DATED this 28th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE