**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**MICHAEL HASTINGS**                                                            **PLAINTIFF**
**ADC #110772**

**v.**                  **CASE NO. 2:12CV00200 BSM**

**BOBBY MAY, Sheriff, St.
Francis County et al.**                                                     **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that defendants' motion to dismiss [Doc. No. 19] is DENIED.

DATED this 13th day of March 2013.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE