IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL HASTINGS                                                      PLAINTIFF
ADC #110772

v.                CASE NO. 2:12CV00200 BSM

BOBBY MAY, Sheriff, St.
Francis County, et al.                                          DEFENDANTS

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe have been reviewed, along with plaintiff's objections. After careful consideration and a *de novo* review of the record, it is determined that the proposed findings and recommendations should be, and hereby are, adopted in their entirety.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 56] is granted in part.

2. Plaintiff's allegations against defendants Barnes and Jones are dismissed with prejudice, and Barnes and Jones are dismissed as defendants.

3. Plaintiff's medical allegations against defendant Smith are dismissed with prejudice.

4. Plaintiff's failure to protect and retaliation claims against defendant Smith remain pending.

IT IS SO ORDERED this 28th day of October 2013.

_____
UNITED STATES DISTRICT JUDGE